# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| SHERRIE STEVENS, | ) | |
|     Plaintiff, | ) | |
| v. | ) | 2:15-cv-01002-JAD-NJK |
| JO GENTRY et al., | ) | **ORDER** |
|     Defendants. | ) | |

## I. DISCUSSION

Defendants file a motion for an extension of time to extend the stay and to file their status report until after the scheduled early inmate mediation conference on April 8, 2016. (ECF No. 16). The Court grants the motion. The stay is extended through April 15, 2016. Defendants shall file their status report on or before April 15, 2016.

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that the motion for extension of time (ECF No. 16) is granted. Defendants shall file their status report on or before April 15, 2016.

DATED: This 28th day of March, 2016.

_____
NANCY J. KOPPE
United States Magistrate Judge