**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| SHERRIE STEVENS, | ) | |
| Plaintiff(s), | ) | Case No. 2:15-cv-01002-JAD-NJK |
| vs. | ) | |
| JO GENTRY, et al., | ) | ORDER |
| Defendant(s). | ) | (Docket No. 31) |

    Pending before the Court is a joint proposed discovery plan. Docket No. 31. The Local Rules of Practice were amended effective May 1, 2016. General Order 2016-01. The joint proposed discovery plan cites the prior version of the Local Rules of Practice. *See, e.g.*, Docket No. 31 at 1 (citing LR 26-1(e), which no longer exists). The amended LR 26-1 places additional requirements on discovery plans, including those in LR 26-1(b)(7), (8), and (9). The parties have failed to comply with these requirements. Accordingly, the joint proposed discovery plan is hereby **DENIED** without prejudice. The parties must file a new joint proposed discovery plan that complies in full with LR 26-1, no later than July 8, 2016.

    IT IS SO ORDERED.

    DATED: July 1, 2016

                                                    NANCY J. KOPPE
                                                   United States Magistrate Judge