# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| SHERRIE STEVENS, | ) | |
|---|---|---|
| | ) | Case No. 2:15-cv-01002-JAD-NJK |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| STATE OF NEVADA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Pending before the Court is Plaintiff's motion to extend time to complete discovery. Docket No. 38. Plaintiff has indicated that Defendants might file a notice of non-opposition. *See, e.g.*, *id.* at 5. Defendants shall file any opposition or notice of non-opposition no later than September 19, 2016. If Defendants oppose Plaintiff's motion, Plaintiff shall file any reply to their opposition no later than September 21, 2016.

IT IS SO ORDERED.

Dated: September 15, 2016

NANCY J. KOPPE
United States Magistrate Judge