**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHERRIE STEVENS, ) | |
| ) | Case No. 2:15-cv-01002-JAD-NJK |
| ) | |
| Plaintiff, ) | ORDER |
| vs. ) | |
| ) | |
| STATE OF NEVADA, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

Pending before the Court are Plaintiff's motion to extend time to complete discovery, Docket No. 38, and Defendant's notice of non-opposition, Docket No. 40. Plaintiff's motion sets forth a number of scheduling issues, *see* Docket No. 38 at 3-5, some of which the Court finds constitute good cause for the request.

Accordingly, the Court **GRANTS** Plaintiff's motion, Docket No. 38. The Court hereby extends deadlines as follows:

- Discovery cut-off date: October 15, 2016
- Motions for summary judgment: January 4, 2017
- Joint Pretrial Order:   February 3, 2017

The general requirements set forth in the previous scheduling order, Docket No. 34, remain in effect.

IT IS SO ORDERED.

Dated: September 20, 2016

NANCY J. KOPPE
United States Magistrate Judge