**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHERRIE STEVENS,<br><br>                    Plaintiff,<br><br>vs.<br><br>JO GENTRY, et al.,<br><br>                    Defendants. | Case No. 2:15-cv-01002-JAD-NJK<br><br>ORDER<br><br>(Docket No. 47) |

　　　　Pending before the Court is the parties' motion for clarification regarding the Court's November 2, 2016 order scheduling a settlement conference for December 15, 2016.  Docket No. 47.  The Court **GRANTS** Defendants' motion.  Defendants' counsel is **INSTRUCTED** to coordinate with the undersigned's courtroom deputy, Ari Caytuero, to facilitate Plaintiff's telephonic appearance at the settlement conference.  Mr. Caytuero can be reached at 702-464-5566.  All other required participants shall appear in person as explained in the November 2, 2016 scheduling order.

　　　　IT IS SO ORDERED.

　　　　DATED: November 17, 2016.

_____
Nancy J. Koppe
United States Magistrate Judge