# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHERRIE STEVENS,<br><br>          Plaintiff(s),<br><br>vs.<br><br>GENTRY, et al.,<br><br>          Defendant(s). | Case No. 2:15-cv-01002-JAD-NJK<br><br>ORDER |

On October 31, 2016, the parties submitted a stipulation for settlement conference. Docket No. 43. On November 1, 2016, United States District Judge Jennifer A. Dorsey granted the parties' stipulation and set a settlement conference to proceed on December 15, 2016, before the undersigned "on the terms and instructions" to be set forth by the undersigned. Docket No. 44 at 4. On December 2, 2016, the undersigned issued an order setting forth the requirements for the settlement conference, which included the presence of all individual parties. Docket No. 45 at 1. Defendants now submit that they are unable to fulfill the personal attendance requirements and are therefore unable to attend the settlement conference. Docket No. 50 at 1-2.

Accordingly, the Court hereby **VACATES** the settlement conference currently scheduled for December 15, 2016. The Court further **SETS** a telephonic status conference for December 15, 2016 at 12:00 p.m. Counsel shall appear telephonically by calling the Court conference line at 877-402-9757 at least five minutes prior to the hearing. The conference code is 6791056. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited.

IT IS SO ORDERED.

DATED: December 14, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge