# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHERRIE STEVENS,<br><br>          Plaintiff,<br><br>vs.<br><br>JO GENTRY, et al.,<br><br>          Defendants. | Case No. 2:15-cv-01002-JAD-NJK<br><br>ORDER<br><br>(Docket No. 56) |

Pending before the Court is Plaintiff's motion for clarification regarding the Court's December 28, 2016 order continuing the settlement conference to February 9, 2017. Docket No. 56. The Court **GRANTS** Plaintiff's motion. As the Court stated at the December 15, 2016, hearing, Plaintiff and her counsel may appear at the settlement conference via videoconference. The Court's order at Docket No. 48 instructing Defendants' counsel to coordinate with the undersigned's courtroom deputy, Ari Caytuero, remains in effect. Additionally, the parties shall submit a brief confidential settlement conference statement containing any updates since the date of submission of the prior confidential statements, no later than February 2, 2017.

      IT IS SO ORDERED.

      DATED: January 3, 2017

                                                      _____
                                                      NANCY J. KOPPE
                                                      United States Magistrate Judge