# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHERRIE STEVENS, | Case No. 2:15-cv-01002-JAD-NJK |
| Plaintiff, | |
| vs. | ORDER |
| JO GENTRY, et al., | (Docket No. 57) |
| Defendants. | |

Pending before the Court is Defendants' motion to excuse Defendants Cox, Sanchez, and Reynoso-Cepeda from personally appearing at the settlement conference scheduled for February 9, 2017. Docket No. 57. For good cause shown, Defendants' motion, Docket No. 57, is **GRANTED in part and DENIED in part**. Defendants Cox and Reynoso-Cepeda are excused from participating in the settlement conference. Defendant Sanchez, however, appears to have personal knowledge of the facts of this case. The Court **ORDERS** his counsel to continue attempts to communicate with Defendant Sanchez. No later than February 1, 2017, Defendants' counsel shall file a notice indicating all attempts that have been made to contact Defendant Sanchez, and whether those attempts have been successful. Depending on the results of the attempts at communicating with Defendant Sanchez, counsel may file a renewed motion to excuse the appearance of Defendant Sanchez and/or allow him to participate telephonically at the settlement conference, no later than February 1, 2017.

IT IS SO ORDERED.

DATED: January 5, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge