# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHERRIE STEVENS, | Case No. 2:15-cv-01002-JAD-NJK |
| Plaintiff, | |
| vs. | ORDER |
| JO GENTRY, et al., | (Docket No. 59) |
| Defendants. | |

Pending before the Court is Defendants' motion to extend the dispositive motion and joint pretrial order deadlines. Docket No. 59. Plaintiff has filed a non-opposition to Defendants' motion. Docket No. 60.

Accordingly, for good cause shown, Defendants' motion to extend is **GRANTED**. Docket No. 59. The dispositive motion deadline is extended to March 13, 2017, and the joint pretrial order deadline is extended to April 12, 2017. In the event dispositive motions are filed, the joint pretrial order deadline shall be suspended until 30 days after the issuance of the order resolving the dispositive motions, or further order of the Court.

IT IS SO ORDERED.

DATED: January 5, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge